# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: DIANE OTTOLENGHI            CASE NO.

           DEBTOR                      CHAPTER 7
                                                     JUDGE KENDIG

**STATEMENT RE: INCOME**

    Debtor certifies under penalty of perjury her only income for the six months prior to the month of filing was self-employment other than her job with Grace Episcopal Church which started in the beginning of March, 2014, and therefore she only has three pay advices to file with her Petition.

                                                           /s/Diane Ottolenghi
                                                           Diane Ottolenghi, Debtor

                                                           /S/ Robert Goldberger
                                                           Robert Goldberger   #0022372
                                                           Attorney for Debtor
                                                           10 West Newlon Place
                                                           Mansfield, OH 44902
                                                           (419) 526-3177

# GRACE EPISCOPAL CHURCH                                                                                      188

Pay Date: 03/15/2014      Pay Period Ended: 03/15/2014      Employee: Diane Ottolenghi (#7)          Check #188

|              | Regular  |                 | Vacation | Sick Time | Total    |
|--------------|----------|-----------------|----------|-----------|----------|
| Hours        | 60.00    |                 | 0.00     | 0.00      | 60.00    |
| Pay          | $780.00  |                 | $0.00    | $0.00     | $780.00  |

|              | Gross    | Social Security | Medicare | Federal | State  | Advanced EIC |
|--------------|----------|-----------------|----------|---------|--------|--------------|
| Pay Period:  | $780.00  | $48.36          | $11.31   | $36.00  | $11.00 | $0.00        |
| Year To Date:| $780.00  | $48.36          | $11.31   | $36.00  | $11.00 | $0.00        |

| Local:     | Period  | YTD    |
|------------|---------|--------|
| Mansfield  | $15.60  | $15.60 |
| Total      | $15.60  | $15.60 |

Net Pay:    $657.73

---

# GRACE EPISCOPAL CHURCH                                                                                      212

Pay Date: 03/30/2014      Pay Period Ended: 03/30/2014      Employee: Diane Ottolenghi (#7)          Check #212

|              | Regular  |                 | Vacation | Sick Time | Total    |
|--------------|----------|-----------------|----------|-----------|----------|
| Hours        | 60.00    |                 | 0.00     | 0.00      | 60.00    |
| Pay          | $780.00  |                 | $0.00    | $0.00     | $780.00  |

|              | Gross     | Social Security | Medicare | Federal | State  | Advanced EIC |
|--------------|-----------|-----------------|----------|---------|--------|--------------|
| Pay Period:  | $780.00   | $48.36          | $11.31   | $36.00  | $11.00 | $0.00        |
| Year To Date:| $1,560.00 | $96.72          | $22.62   | $72.00  | $22.00 | $0.00        |

| Local:     | Period  | YTD    |
|------------|---------|--------|
| Mansfield  | $15.60  | $31.20 |
| Total      | $15.60  | $31.20 |

Net Pay:    $657.73

---

# GRACE EPISCOPAL CHURCH                                                                                      232

Pay Date: 04/15/2014      Pay Period Ended: 04/15/2014      Employee: Diane Ottolenghi (#7)          Check #232

|              | Regular  |                 | Vacation | Sick Time | Total    |
|--------------|----------|-----------------|----------|-----------|----------|
| Hours        | 60.00    |                 | 0.00     | 0.00      | 60.00    |
| Pay          | $780.00  |                 | $0.00    | $0.00     | $780.00  |

|              | Gross     | Social Security | Medicare | Federal  | State  | Advanced EIC |
|--------------|-----------|-----------------|----------|----------|--------|--------------|
| Pay Period:  | $780.00   | $48.36          | $11.31   | $36.00   | $11.00 | $0.00        |
| Year To Date:| $2,340.00 | $145.08         | $33.93   | $108.00  | $33.00 | $0.00        |

| Local:     | Period  | YTD    |
|------------|---------|--------|
| Mansfield  | $15.60  | $46.80 |
| Total      | $15.60  | $46.80 |

Net Pay:    $657.73